ROBERT EUGENE HELMS v. JAMES BURNELL RORIE

No. 7120DC34

(Filed 24 February 1971)

APPEAL by defendant from *Crutchfield, District Judge,* 20 July 1970 Session, UNION County District Court.

This case arose out of a collision which occurred on Johnson Street in the City of Monroe on 7 September 1968. Plaintiff contends that his vehicle was damaged in the amount of $500.00 when struck by the vehicle of the defendant. Issues of negligence and contributory negligence were answered in favor of the plaintiff, and plaintiff was awarded damages in the amount of $380.00. Defendant appealed.

*James E. Griffin for plaintiff appellee.*

*Griffin and Clark by C. Frank Griffin for defendant appellant.*

VAUGHN, Judge.

Since there must be a new trial, we will avoid further discussion of the facts except to say that the trial judge did not commit error when he declined to enter a directed verdict against the plaintiff.

The other assignments of error are directed to the charge of the court to the jury. Counsel for the appellee candidly concedes that the trial judge committed prejudicial error in his charge to the jury. With this we are in full accord. In numerous instances the court failed accurately to state principles of law which were involved in the case, a seriatim discussion of which would neither be practical nor of benefit to the bench and bar.

New trial.

Judges BROCK and MORRIS concur.